JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SALISBURY, <br><br> Plaintiff, <br><br> v. <br><br> CARITAS ACQUISITIONS V, LLC, AND CITY OF SANTA MONICA, <br><br> Defendants. | Case No.: CV 18-08247-CJC(Ex) <br><br><br> JUDGMENT |

This action came on for hearing before the Court on December 9, 2019, on Defendant City of Santa Monica's Motion for Summary Judgment as the sole remaining Defendant. As set out in the Court's concurrently issued order, the City of Santa Monica's Motion for Summary Judgment is **GRANTED**.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff take nothing and that the case be dismissed on the merits.

DATED: December 10, 2019

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE