# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SALISBURY,<br><br>　　　　Plaintiff,<br>　v.<br><br>CARITAS ACQUISITIONS V, LLC;<br>BIRTCHER ANDERSON REALTY<br>MANAGEMENT, INC.; CHUCK<br>POLSON; REAL ESTATE<br>CONSULTING & SERVICES,<br>INC.; and CITY OF SANTA<br>MONICA,<br>　　　　Defendants. | CASE NO.: 2:18-cv-08247-CJC(Ex)<br><br>**ORDER DISMISSING ACTION** |

　　　Pursuant to the Stipulation for Dismissal with Prejudice filed on December 31, 2019, Plaintiff's claims against Caritas Acquisitions V, LLC are dismissed with prejudice.

　　　IT IS SO ORDERED.

DATED: January 13, 2020　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE